ARTHUR L. CLAY, DAVID SCHULMAN (DAVAL ASSOCIATES) AND ALAN SCHULMAN (PROGRESSIVE REALTY MANAGE-MENT CO.), DEFENDANTS-APPELLANTS, v. CITY OF EAST ORANGE, PHILIP T. MORRIS, VIRGINIA WHITE AND GUS ELMORE, PLAINTIFFS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued September 21, 1981—Decided October 9, 1981.

Before Judges ALLCORN, FRANCIS and MORTON I. GREENBERG.

*H. Neil Broder* argued the cause for appellants (*Brach, Eichler, Rosenberg, Silver, Bernstein & Hammer*, attorneys).

*Ernest R. Booker*, First Assistant City Counsel, argued the cause for respondents (*William H. Eaton*, City Counsel, attorney).

PER CURIAM.

The judgment of the Law Division is affirmed substantially for the reasons set forth in the opinion of Judge Hopkins which is reported at 177 *N.J.Super.* 79 (Law Div.1980).